NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAMRAN ASGHARI-KAMRANI, NADER ASGHARI-KAMRANI,**

*Plaintiffs-Appellants*

**v.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**

*Defendant-Cross-Appellant*

---

2016-2415, 2017-2101, 2017-2191

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 2:15-cv-00478-RGD-LRL, Senior Judge Robert G. Doumar.

---

## JUDGMENT

---

ANTIGONE GABRIELLA PEYTON, Protorae Law PLLC, Tysons, VA, argued for plaintiffs-appellants. Also represented by REECE WERNER NIENSTADT, Nienstadt PLLC, Washington, DC.

AHMED JAMAL DAVIS, Fish & Richardson PC, Washington, DC, argued for defendant-cross-appellant. Also represented by MICHAEL T. ZOPPO, New York, NY; MATTHEW C. BERNTSEN, Boston, MA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 11, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |